**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01381-CR

**WILLIAM SEDRIC AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81194-10**

## ORDER

The Court **DENIES** appellant's June 4, 2015 pro se motion for new trial and amended motion for new trial. Appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

/s/     ADA BROWN
JUSTICE